U.S. [FILED]
2011 MAY 27 AM 9:47
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KWASIE BADDY,

    Petitioner,

vs.

BRUCE CHAPMAN, Warden,

    Respondent.

CIVIL ACTION NO.: CV611-008

## ORDER

Petitioner, Kwasie Baddy, ("Baddy") filed this petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, challenging his 1995 convictions obtained in Candler County, Georgia. The Respondent filed an Answer-Response and a Motion to Dismiss asserting that the petition was untimely. Baddy responded to the Motion to Dismiss. On April 21, 2011, Baddy moved to dismiss his petition without prejudice. Petitioner's Motion to Dismiss Without Prejudice (Doc. 15) is **DENIED**.

The Magistrate Judge entered a Report on April 25, 2011, recommending that Respondent's Motion to Dismiss be granted and that Baddy's petition be dismissed with prejudice. After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

AO 72A
(Rev. 8/82)

The Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED,** with prejudice, as it was not timely filed. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 27 day of May, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)